# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT STEPHEN JACKSON,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents.

No. 80584

FILED

FEB 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus seeking a writ directing the district court to comply with the Double Jeopardy Clause of the United States and Nevada Constitutions.

We have considered the petition, and we decline to exercise our original jurisdiction in this matter. *See* NRS 34.170; NRAP 21(b)(1). We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Pickering

_____ , J.        _____ , J.
Hardesty                              Cadish

20-07958

cc: Robert Stephen Jackson
Attorney General/Carson City
Eighth District Court Clerk